Evan S. Goldstein (#011866)
Christi A. Woods (#022770)
Hesam Alagha (#026607)
HERMAN | GOLDSTEIN
1850 East Thunderbird
Phoenix, Arizona 85022
(602) 569-8200
egoldstein@hgfirm.com
cwoods@hgfirm.com
halagha@hgfirm.com
meo@hgfirm.com

*Attorneys for Defendant Allstate Fire & Casualty Ins. Co.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Cogdill,<br><br>        Plaintiff,<br><br>    v.<br><br>Allstate Fire and Casualty Insurance Company,<br><br>        Defendants. | Case No.:<br><br>**DEFENDANT'S NOTICE OF REMOVAL** |

Defendants, Allstate Fire and Casualty Insurance Company (hereinafter "Allstate"), through undersigned counsel, hereby gives notice it has removed this case from the Maricopa County Superior Court to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, and Arizona District Court Local Rule 3.7, based on diversity of citizenship under 28 U.S.C. § 1332(a)(1).

1.  This lawsuit arises out of alleged claims of Breach of Contract and Breach of the Duty of Good Faith and Fair Dealing related to Defendant Allstate's handling of Plaintiff's insurance claim.

2.  Plaintiff filed her Complaint in the Maricopa County Superior Court. A copy of the Summons and Complaint was served upon the Director of Insurance on

1

1  October 26, 2017.  The Maricopa County Superior Court action is entitled *LINDA COGDILL, Plaintiff, v. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Defendants*, Cause No. CV2017-014110.

3. Plaintiff, Linda Cogdill is a resident of the State of Arizona.

4. Defendant, Allstate Fire and Casualty Insurance Company, is an Illinois Corporation with its principal place of business and headquarters in Illinois.

5. Complete diversity exists under 28 U.S.C. § 1332(a)(1) because Plaintiff, Ms. Cogdill is a citizen of Arizona and Defendant Allstate is a citizen of Illinois.

6. The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.  Accordingly, this Court has jurisdiction pursuant to 28 U.S.C. § 1332.

7. Defendant removed this lawsuit within 30 days after it received notice of the lawsuit by service of process. See 28 U.S.C. § 1446(b)(1).  Therefore, the Notice of Removal is timely.

8. Defendant has provided a copy of this Notice of Removal to Plaintiff and has filed a copy of the Notice of Removal with the Clerk of the Maricopa County Superior Court, pursuant to 28 U.S.C. § 1446(d) and Arizona District Court local Rule 3.6(a).  **Exhibit A** is a copy of the Notice of Removal that Defendant has filed with the Maricopa County Superior Court.

9. Pursuant to 28 U.S.C. § 1446(a) and Arizona District Court Local Rule 3.6(b), Defendant has attached copies of all process, pleadings and orders served upon them and all pleadings filed by all parties with the Maricopa County Superior Court prior to this Notice of Removal.  **Exhibit B** is a copy of these documents.  **Exhibit C** is attorney Evan S. Goldstein's Affidavit that to the best of his knowledge and belief, Exhibit B contains true and complete copies of all documents filed in the state court proceedings.

Dated this 22nd day of November, 2017.

HERMAN | GOLDSTEIN

By: /s/ *Evan S. Goldstein*
Evan S. Goldstein
Christi A. Woods
Hesam Alagha
1850 East Thunderbird
Phoenix, Arizona 85022
*Attorneys for Defendant Allstate*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing, and served on counsel of record via the Court's CM/ECF system.

Clerk of the Court
United States District Court
401 W. Washington St., Suite 130
Phoenix, Arizona 85003

Scott I. Palumbo
PALUMBO WOLFE & PALUMBO, P.C.
2800 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
*Attorneys for Plaintiff*

By /s/ Diane Arroyo
Allstate//BF/Cogdill #2/Pleadings – 3001-1329