EXHIBIT "A"

1   Evan S. Goldstein (#011866)
    Christi A. Woods (#022770)
2   Hesam Alagha (#026607)
    HERMAN | GOLDSTEIN
3   1850 East Thunderbird
    Phoenix, Arizona 85022
4   (602) 569-8200
    egoldstein@hgfirm.com
5   cwoods@hgfirm.com
    halagha@hgfirm.com
6   meo@hgfirm.com

7   *Attorneys for Defendant Allstate Fire & Casualty Ins. Co.*

8   **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9   **IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| 10  LINDA COGDILL, | Case No.:  CV2017-014110 |
| 11                Plaintiff, | |
| 12  v. | **ALLSTATE'S NOTICE OF REMOVAL TO ARIZONA DISTRICT COURT** |
| 13  ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | |
| 14                Defendants. | |
| 15 | |

16      Defendant Allstate Fire and Casualty Insurance Company, by and through undersigned

17  counsel, hereby gives notice that it has removed this case to the United States District Court,

18  District of Arizona pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.  A copy of the Notice of

19  Removal filed in the District Court is attached hereto as Exhibit "A".

20      Dated this 22nd day of November, 2017.

21                          HERMAN | GOLDSTEIN

22
                          By: /s/ *Evan S. Goldstein*
23                              Evan S. Goldstein
                              Christi A. Woods
24                              Hesam Alagha
                              1850 East Thunderbird
25                              Phoenix, Arizona 85022
                              *Attorneys for Defendant Allstate*
26

1

1    ORIGINAL of the foregoing Efiled
this 22nd day of November, 2017,

2    with the Clerk of the Superior Court

3    COPY of the foregoing mailed
this 22nd day of November, 2017, to:

4

5    Scott I. Palumbo
Palumbo Wolfe & Palumbo, P.C.
2800 N. Central Ave., Suite 1400

6    Phoenix, Arizona 85004
*Attorneys for Plaintiff*

7

8

By _____/s/ Diane Arroyo_____

9    Allstate//BF/Cogdill #2/Pleadings – 3001-1329

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

EXHIBIT "B"

 **CT Corporation**

**Service of Process Transmittal**
10/30/2017
CT Log Number 532206616

**TO:**   Milt Thulin
Allstate Insurance Company
MCO Office, 222 S. Mill Avenue
Tempe, AZ 85281

**RE:**   **Process Served in Arizona**

**FOR:**   Allstate Fire and Casualty Insurance Company  (Domestic State: IL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LINDA COGDILL, Pltf. vs. Allstate Fire and Casualty Insurance Company, Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Certificate, Request(s), Interrogatories |
| **COURT/AGENCY:** | Maricopa County - Superior Court, AZ<br>Case # CV2017014110 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Phoenix, AZ |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 10/30/2017 postmarked on 10/27/2017 |
| **JURISDICTION SERVED:** | Arizona |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Scott I. Palumbo<br>PALUMBO WOLFE & PALUMBO, P.C.<br>2800 N. Central Ave., Suite 1400<br>Phoenix, AZ 85004<br>602-265-5777 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/31/2017, Expected Purge Date: 11/05/2017<br><br>Image SOP<br><br>Email Notification, Milt Thulin  Milt.Thulin@allstate.com<br><br>Email Notification, Greg Hamblin  Greg.Hamblin@allstate.com<br><br>Email Notification, Elaine McKinney  mmckf@allstate.com<br><br>Email Notification, Harry Fields  Cdt7y@allstate.com<br><br>Email Notification,  Lisa Hairston  lgi27@allstate.com<br><br>Email Notification, Jocelyn Martinez  Jocelyn.martinez@allstate.com<br><br>Email Notification,  Nina Frazier  Nina.Frazier@allstate.com |
| **SIGNED:** | C T Corporation System |

Page 1 of  2 / AY

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

COGDILL CLM 1052

( ⎯                                    ( ⎯

 CT Corporation

**Service of Process Transmittal**
10/30/2017
CT Log Number 532206616

**TO:**   Milt Thulin
Allstate Insurance Company
MCO Office, 222 S. Mill Avenue
Tempe, AZ 85281

**RE:**   **Process Served in Arizona**

**FOR:**  Allstate Fire and Casualty Insurance Company  (Domestic State: IL)

**ADDRESS:**       3800 N Central Ave Ste 460
Phoenix, AZ 85012-1995
**TELEPHONE:**     602-248-1145

Page 2 of  2 / AY

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

COGDILL CLM 1053

ARIZONA DEPARTMENT OF INSURANCE
2910 North 44th Street, Suite 210
Phoenix, Arizona 85018-7269



7017 0530 0000 3097 9621

ALLSTATE FIRE AND CASUALTY INS CO
CT CORPORATION SYSTEM
3800 N. CENTRAL AVE., STE 460
PHOENIX, AZ 85012
CV2017-014110



U.S. POSTAGE >> PITNEY BOWES

ZIP 85007
02 4W
0000342984 OCT 27 2017
$ 007.92⁰

COGDILL CLM 1054

```
 1   Scott I. Palumbo - State Bar #021271
 2   PALUMBO WOLFE & PALUMBO, P.C.
     2800 N. Central Ave., Suite 1400
 3   Phoenix, Arizona  85004
     (602) 265-5777
 4   (602) 265-7222 (fax)
 5   pwsp@palumbowolfe.com
 6   Attorneys for Plaintiff
 7
```

STATE OF ARIZONA
DEPT. OF INSURANCE

OCT 2 6 2017

TIME 11:36am
SERVICE OF PROCESS

```
 8              SUPERIOR COURT OF ARIZONA
 9
10                  MARICOPA COUNTY
11   LINDA COGDILL,                    No.   CV 2017-014110
12              Plaintiff,
13                                     SUMMONS
     v.
14                                     If you would like legal advice from a lawyer,
15   ALLSTATE FIRE AND CASUALTY           Contact the Lawyer Referral Service at
     INSURANCE COMPANY,                           602-257-4434
16                                                    or
                                             www.maricopalawyers.org
17              Defendant.                         Sponsored by the
                                         Maricopa County Bar Association
18
19   STATE OF ARIZONA
20   To Defendant:     Allstate Fire and Casualty Insurance Company
21                     c/o Arizona Department of Insurance, Statutory Agent
                       2901 North 44th Street, Suite 210
22                     Phoenix, Arizona  85018
23
24         YOU ARE HEREBY SUMMONED and required to appear and defend, within
25   the time applicable, in this action in this Court.  If served within Arizona, you shall appear and
26   defend within twenty (20) days after the service of the Summons and Complaint upon you,
27   exclusive of the day of service.  If served out of the State of Arizona -- whether by direct
28
```

COGDILL CLM 1055

service, by registered or certified mail, or by publication -- you shall appear and defend within thirty (30) days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service.  Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of forty (40) days after date of such service upon the Director.  Service by registered or certified mail without the State of Arizona is complete thirty (30) days after the date of filing the receipt and affidavit of service with the Court.  Service by publication is complete thirty (30) days after the date of first publication.  Direct service is complete when made.  Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt of Officer's Return.  RCP 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the Plaintiff's attorney.  RCP 10(D); A.R.S. § 12-311; RCP 5.

Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three (3) judicial days in advance of a scheduled court proceeding.

-2-

COGDILL CLM 1056

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The name and address of Plaintiff's attorney is:

        Scott I. Palumbo
        Palumbo Wolfe & Palumbo, P.C.
        2800 N. Central Ave., Suite 1400
        Phoenix, Arizona 85004

SIGNED AND SEALED this date: _____



        Clerk

        By: _____
        Deputy Clerk

-3-



COPY

OCT 2 3 2017

MICHAEL K. JEANES, CLERK
V. CANISALES
DEPUTY CLERK

1  Scott I. Palumbo - State Bar #021271
2  PALUMBO WOLFE & PALUMBO, P.C.
   2800 N. Central Ave., Suite 1400
3  Phoenix, Arizona 85004
4  (602) 265-5777
   (602) 265-7222 (fax)
5  pwsp@palumbowolfe.com

6  Attorneys for Plaintiff

7

8                    **SUPERIOR COURT OF ARIZONA**

9                       **MARICOPA COUNTY**

10  LINDA COGDILL,

11                 Plaintiff,                No. CV2017-014110

12                                           **COMPLAINT**

13         v.
                                            (Breach of Contract – Bad Faith)
14  ALLSTATE FIRE AND CASUALTY
15  INSURANCE COMPANY,

16                 Defendant.

17

18         Plaintiff, Linda Cogdill, by and through counsel undersigned, and for her Complaint

19
    against the defendant, alleges as follows:
20

21         1.     The plaintiff is a resident of Maricopa County, State of Arizona.

22
           2.     Defendant Allstate Fire and Casualty Insurance Company ("Allstate") is an
23
    insurance company duly licensed to administer insurance in the State of Arizona by the
24
25  Director of Insurance of the State of Arizona.

26         3.     All acts alleged herein arose from an occurrence within Maricopa County, State
27
    of Arizona.
28

4.     The plaintiff's claims are subject to the jurisdiction of the Superior Court for the State of Arizona and request compensation in amounts above the minimum set for jurisdiction in the Superior Court for the State of Arizona.

5.     This Court has subject matter jurisdiction and personal jurisdiction over all of the parties.

6.     The plaintiff paid in full for an Allstate insurance policy, Policy No. 836-077-157.

7.     In that policy, Allstate promised it will pay damages the plaintiff was legally entitled to recover from the owner or operator of an underinsured motor vehicle because of bodily injury up to $250,000.

8.     On or about April 17, 2016, the plaintiff was involved in an automobile collision with an underinsured motorist.

9.     As a direct and proximate result of that collision, the plaintiff suffered severe and permanent injuries including, but not limited to, nine rib fractures, multiple sacrum fractures, right hand injury, right ankle injury, left knee injury and lung contusions.

10.     As a direct and proximate result of the collision and the injuries sustained, the plaintiff incurred special damages, including medical bills of at least $199,639.60.

11.     As an additional direct and proximate result of the collision and the injuries sustained, the plaintiff incurred general damages arising out of pain, suffering and loss of enjoyment of life. These damages are permanent.

12.     Subsequent to the collision, the plaintiff made a demand upon the underinsured

-2-

driver's insurance carrier, GEICO, for payment of the underinsured motorist's bodily injury liability coverage of $100,000. Pursuant to that demand, on or about August 7, 2017, GEICO paid the plaintiff the underinsured motorist's policy limits of $100,000.

13.     As this amount was insufficient to fully or fairly compensate the plaintiff for her injuries and damages, the plaintiff, pursuant to the provisions of her Allstate insurance policy, made a demand for underinsured motorist benefits of her Allstate policy.

14.     Allstate denied the plaintiff's claim for reasonable compensation for her injuries and damages by offering her only $250 and claiming that the plaintiff was at fault and had been fully compensated by the $100,000 paid by GEICO.

15.     In acting in such fashion, Allstate failed to adequately investigate the plaintiff's claim.

16.     Allstate failed to give equal consideration to the plaintiff's claim.

17.     Allstate, by its unreasonable investigation, by failing to make a good-faith offer to the plaintiff, and by taking an adversarial position in handling the plaintiff's claims, forced the plaintiff into litigation.

18.     Allstate intended by its acts to case a *de facto* denial of benefits to the plaintiff.

19.     The plaintiff has still not been fairly compensated for her injuries and damages.

### BREACH OF CONTRACT

20.     The foregoing allegations are repeated, realleged and restated as if fully set forth herein.

21.     Allstate's failure to make a good-faith offer and refusal to issue full payment for

-3-

the plaintiff's damages constitutes a *de facto* denial of coverage.

22.   Allstate's failure to make a good-faith effort and refusal to issue full payment for the plaintiff's pain and suffering, constitutes a breach of contract.

23.   As a direct and proximate result of the breach, the plaintiff has incurred direct and consequential damages.

## BAD FAITH

24.   The foregoing allegations are repeated, realleged and restated as if fully set forth herein.

25.   There is inherent in every contract of insurance the covenant of good faith and fair dealing.

26.   Allstate's failure to adequately investigate, failure to treat the plaintiff's claims with equal consideration, failure to make a good-faith offer, failure to make reasonable efforts to alleviate the necessity of litigation and failure to pay a reasonable amount to the plaintiff is a breach of the covenant of good faith and fair dealing.

27.   As a direct and proximate result of Allstate's breach of the covenant of good faith and fair dealing, the plaintiff has incurred and/or sustained damages.

28.   Upon information and belief, Allstate acted with a consistent pattern to undermine the security of its own insurance policies to the detriment of its insured, including the plaintiff, to the extent that it constitutes a conscious disregard of the substantial likelihood that such conduct is likely to cause injury. Such conduct is sufficient to incur a penalty of punitive damages.

-4-

29.     The plaintiff is therefore entitled to punitive damages in an amount sufficient to stop such conduct and deter similar conduct in the future.

WHEREFORE, the plaintiff prays for judgment against Allstate as follows:

A.     For breach of contract and bad faith;

B.     For special damages for the plaintiff in an amount to be proven at trial;

C.     For general damages for the plaintiff in a fair, just and reasonable sum in excess of the minimum jurisdictional limits of this court;

D.     For punitive damages in an amount sufficient to punish the defendant and to deter similar future conduct by the defendant and other similarly situated insurance companies;

E.     For costs incurred;

F.     For attorneys' fees and taxable costs pursuant to A.R.S. § 12-341.01;

G.     For pre- and post-judgment interest; and

H.     For such other further relief as the Court may deem just and proper.

DATED this 23rd day of October, 2017.

PALUMBO WOLFE & PALUMBO, P.C.

By _____
Scott I. Palumbo
2800 N. Central Ave., Suite 1400
Phoenix, Arizona 85004
Attorneys for Plaintiff

...

-5-

1  ORIGINAL of the foregoing filed
2  this 23rd day of October, 2017, with:

3  Clerk of the Court
4  Maricopa County Superior Court
   201 W. Jefferson St.
5  Phoenix, Arizona  85003-2243

6

7
8  By _Susan Hoffman_
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

COGDILL CLM 1063





COPY

OCT 2 3 2017

MICHAEL K. JEANES, CLERK
V. CANISALES
DEPUTY CLERK

1  Scott I. Palumbo - State Bar #021271
2  PALUMBO WOLFE & PALUMBO, P.C.
   2800 N. Central Ave., Suite 1400
3  Phoenix, Arizona  85004
   (602) 265-5777
4  (602) 265-7222 (fax)
5  pwsp@palumbowolfe.com

6  Attorneys for Plaintiff

7

8              **SUPERIOR COURT OF ARIZONA**

9                 **MARICOPA COUNTY**

10

11 LINDA COGDILL,                     No.  CV 2017-014110
12              Plaintiff,
                                      **PLAINTIFF'S CERTIFICATE OF**
13    v.                              **COMPULSORY ARBITRATION**
14
15 ALLSTATE FIRE AND CASUALTY
   INSURANCE COMPANY,
16
17              Defendant.
18
19        The undersigned certifies that he knows the dollar limits and any other limitations set

20 forth by the local rules of practice for the applicable superior court, and further certifies that

21
22 this case is not subject to compulsory arbitration, as provided by Rules 72 through 76 of the

23 Arizona Rules of Civil Procedure.

24    . . .
25    . . .
26    . . .
27    . . .
28

COGDILL CLM 1064

DATED this ___ day of October, 2017.

PALUMBO WOLFE & PALUMBO, P.C.

By _____
    Scott I. Palumbo
    2800 N. Central Ave., Suite 1400
    Phoenix, Arizona  85004
    Attorneys for Plaintiff

ORIGINAL of the foregoing filed
this 23rd day of October, 2017, with:

Clerk of the Court
Maricopa County Superior Court
201 W. Jefferson St.
Phoenix, Arizona  85003-2243

By _____

-2-





OCT 2 3 2017

MICHAEL K. JEANES, CLERK
V. CANISALES
DEPUTY CLERK

1 | Scott I. Palumbo - State Bar #021271
2 | PALUMBO WOLFE & PALUMBO, P.C.
    2800 N. Central Ave., Suite 1400
3 | Phoenix, Arizona 85004
    (602) 265-5777
4 | (602) 265-7222 (fax)
5 | pwsp@palumbowolfe.com

6 | Attorneys for Plaintiff

7

8 | **SUPERIOR COURT OF ARIZONA**

9 | **MARICOPA COUNTY**

10

11 | LINDA COGDILL,

12 |              Plaintiff,                No.   CV 2017-014110

13 |      v.                               **PLAINTIFF'S REQUEST**
                                           **FOR A JURY TRIAL**
14 |

15 | ALLSTATE FIRE AND CASUALTY
    INSURANCE COMPANY,
16 |

17 |              Defendant.

18

19 |      Pursuant to Rule 38, Arizona Rules of Civil Procedure, the plaintiff hereby requests a

20 | jury trial in the above-entitled matter.

21 |      DATED this __23__ day of October, 2017.

22

23 |                              PALUMBO WOLFE & PALUMBO, P.C.

24

25 |                              By_____
                                     Scott I. Palumbo
26 |                                  2800 N. Central Ave., Suite 1400
27 |                                  Phoenix, Arizona 85004
                                     Attorneys for Plaintiff
28

1
2    ORIGINAL of the foregoing filed
3    this 23rd day of October, 2017, with:
4    Clerk of the Court
5    Maricopa County Superior Court
6    201 W. Jefferson St.
     Phoenix, Arizona  85003-2243
7
8    By Susan Hoffman
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

COGDILL CLM 1067

1   Evan S. Goldstein (#011866)
    Christi A. Woods (#022770)
2   Hesam Alagha (#026607)
    HERMAN | GOLDSTEIN
3   1850 East Thunderbird
    Phoenix, Arizona 85022
4   (602) 569-8200
    egoldstein@hgfirm.com
5   cwoods@hgfirm.com
    halagha@hgfirm.com
6   meo@hgfirm.com

7   *Attorneys for Defendant Allstate Fire & Casualty Ins. Co.*

8   **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9   **IN AND FOR THE COUNTY OF MARICOPA**

|  |  |
|---|---|
| 10  LINDA COGDILL, | Case No.:   CV2017-014110 |
| 11              Plaintiff, |  |
| 12  v. | **ANSWER** |
| 13  ALLSTATE FIRE AND CASUALTY |  |
|     INSURANCE COMPANY, |  |
| 14         Defendants. |  |

15

16          Defendants Allstate Fire and Casualty Insurance Company, for its Answer to the

17   Plaintiff's Complaint, admit, deny and alleges as follows:

18          1.      Defendants admit the allegations contained in Paragraph 1 of Plaintiff's

19   Complaint.

20          2.      Defendants admit the allegations contained in Paragraph 2 of Plaintiff's

21   Complaint.

22          3.      Defendants admit the allegations contained in Paragraph 3 of Plaintiff's

23   Complaint.

24          4.      Defendants admit the allegations contained in Paragraph 4 of Plaintiff's

25   Complaint.

26

1        5.      Defendants admit the allegations contained in Paragraph 5 of Plaintiff's

2  Complaint.

3        6.      Defendants admit the allegations contained in Paragraph 6 of Plaintiff's

4  Complaint.

5        7.      Defendants denies as to the allegations contained in Paragraph 7 of

6  Plaintiff's Complaint.

7        8.      Defendants admit the allegations contained in Paragraph 8 of Plaintiff's

8  Complaint.

9        9.      Defendants are without knowledge and information sufficient to form a

10  belief as to the truthfulness of the allegations contained in Paragraph 9 of Plaintiff's

11  Complaint and therefore denies same.

12        10.      Defendants are without knowledge and information sufficient to form a

13  belief as to the truthfulness of the allegations contained in Paragraph 10 of Plaintiff's

14  Complaint and therefore denies same.

15        11.      Defendants are without knowledge and information sufficient to form a

16  belief as to the truthfulness of the allegations contained in Paragraph 11 of Plaintiff's

17  Complaint and therefore denies same.

18        12.      Defendants are without knowledge and information sufficient to form a

19  belief as to the truthfulness of the allegations contained in Paragraph 12 of Plaintiff's

20  Complaint and therefore denies same.

21        13.      Defendants are without knowledge and information sufficient to form a

22  belief as to the truthfulness of the allegations contained in Paragraph 13 of Plaintiff's

23  Complaint and therefore denies same.

24        14.      Defendants are without knowledge and information sufficient to form a

25  belief as to the truthfulness of the allegations contained in Paragraph 14 of Plaintiff's

26  Complaint and therefore denies same.

15.     Defendants denies as to the allegations contained in Paragraph 2 of Plaintiff's Complaint.

16.     Defendants denies as to the allegations contained in Paragraph 16 of Plaintiff's Complaint

17.     Defendants denies as to the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18.     Defendants denies as to the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19.     Defendants are without knowledge and information sufficient to form a belief as to the truthfulness of the allegations contained in Paragraph 19 of Plaintiff's Complaint and therefore denies same.

20.     Defendant incorporates by reference all responses to the foregoing allegations as if fully set forth herein.

21.     Defendants denies as to the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22.     Defendants denies as to the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23.     Defendants denies as to the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24.     Defendant incorporates by reference all responses to the foregoing allegations as if fully set forth herein.

25.     Defendants admit the allegations contained in Paragraph 25 of Plaintiff's Complaint.

26.     Defendants denies as to the allegations contained in Paragraph 26 of Plaintiff's Complaint.

1        27.    Defendants denies as to the allegations contained in Paragraph 26 of

2    Plaintiff's Complaint.

3        28.    Defendants denies as to the allegations contained in Paragraph 26 of

4    Plaintiff's Complaint.

5        29.    Defendants denies as to the allegations contained in Paragraph 26 of

6    Plaintiff's Complaint.

7        Defendant further denies each and every allegation alleged in Plaintiff's

8    Complaint not heretofore expressly admitted herein.

9        Defendant denies that it has committed breach of contract, or that its conduct

10   herein arises to a level of bad faith.  Defendant further alleges as affirmative defenses

11   appraisal and arbitration are mandated pursuant to the contract and A.R.S. § 12-1501 et

12   seq.

13       Defendant further alleges as affirmative defenses, accord and satisfaction,

14   waiver, estoppel and failure to mitigate damages and those affirmative defenses set forth

15   in Rule 8, Ariz.R.Civ.P.  Defendant also seeks its attorneys' fees and costs incurred

16   herein pursuant to A.R.S. §§ 12-341 and 12-341.01.

17       WHEREFORE, having fully answered Plaintiff's Complaint, Defendant prays

18   that same be dismissed as to Defendant, and that Defendant have and recover its

19   attorneys' fees and costs incurred herein.

20       Dated this _22nd day of November, 2017.

21       HERMAN | GOLDSTEIN

22

23       By: _/s/ *Evan S. Goldstein*_
         Evan S. Goldstein

24       Christi A. Woods
         Hesam Alagha

25       1850 East Thunderbird
         Phoenix, Arizona 85022

26       *Attorneys for Defendant Allstate*

4

1    ORIGINAL of the foregoing Efiled
     this ___22nd___ day of November, 2017,
2    with the Clerk of the Superior Court

3    COPY of the foregoing mailed
     this _22nd day of November, 2017, to:
4
     Scott I. Palumbo
5    PALUMBO WOLFE & PALUMBO, P.C.
     2800 N. Central Avenue, Suite 1400
6    Phoenix, Arizona 85004
     *Attorneys for Plaintiff*
7

8    By ____/s/ Diane Arroyo_____
     Allstate//BF/Cogdill #2/Pleadings – 3001-1329
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

5

## Diane Arroyo

| | |
|---|---|
| **From:** | TurboCourt Customer Service <CustomerService@TurboCourt.com> |
| **Sent:** | Wednesday, November 22, 2017 10:06 AM |
| **To:** | Diane Arroyo |
| **Subject:** | [BULK] E-Filing Status: Form Set # 2417931 Delivered |

PLEASE DO NOT REPLY TO THIS EMAIL.

AZTurboCourt Form Set # 2417931 has been DELIVERED to Maricopa County - Superior Court.

You will be notified when your documents have been processed by the court.

You MUST log in and check your filing status online at http://turbocourt.com/.

Here are your filing details:
Case Number: CV2017-014110 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: Cogdill Vs. Allstate Fire And Casualty Insurance C
Filed By: Diane Arroyo
AZTurboCourt Form Set: #2417931
Keyword/Matter #: 3001-1329 -Cogdill #2
Delivery Date and Time: Nov 22, 2017 10:06 AM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)


Attached Documents:
Answer: Answer

Fees Paid:
First Appearance Filing Fee: $239.00
Total Filing Fees: $239.00
Provider Fee: $ 6.50
Total Amount Paid: $252.87

If you have questions about your filing, please contact AOC Support Services, phone number 602-452-3519 or 1-800-720-7743, or e-mail pasupport@courts.az.gov. Please have your AZTurboCourt Form Set # available.

To view the link above:
Click on the link OR
1) Highlight the website address "URL" above, then Right Click on highlighted "URL" and select Copy.
2) Open a NEW internet browser window.
3) Right Click inside the address field in the new internet browser window and select Paste.

Thank you for using TurboCourt!

EXHIBIT "C"

1  Evan S. Goldstein (#011866)
   Christi A. Woods (#022770)
2  Hesam Alagha (#026607)
   HERMAN | GOLDSTEIN
3  1850 East Thunderbird
   Phoenix, Arizona 85022
4  (602) 569-8200
   egoldstein@hgfirm.com
5  cwoods@hgfirm.com
   halagha@hgfirm.com
6  meo@hgfirm.com

7  *Attorneys for Defendant Allstate Fire & Casualty Ins. Co.*

8
                    **UNITED STATES DISTRICT COURT**
9
                        **DISTRICT OF ARIZONA**
10
   Linda Cogdill,                          | Case No.:
11
                    Plaintiff,
12                                          |        **AFFIDAVIT OF**
        v.                                  |    **EVAN S. GOLDSTEIN**
13
   Allstate Fire and Casualty Insurance
14 Company,

15                    Defendants.

16

17         I, Evan S. Goldstein, declare under penalty of perjury under the laws of the

18 United States of America that the following statements are true and correct:

19
           1.      I am one of the attorneys of record for Defendant Allstate Fire and
20
21 Casualty Insurance Company in this case.

22         2.      I verify that, to the best of my knowledge and belief, Exhibit B to the

23 Defendant's Notice of Removal contains true and complete copies of all pleadings and

24 other documents of this date, in the case of entitled *LINDA COGDILL, Plaintiff, v.*

25 *ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Defendants,* Cause No.

26 CV2017-014110, while the case was pending in the Maricopa County Superior Court.

                                        1

1    Dated this ___ day of November, 2017.

2

3                                   HERMAN | GOLDSTEIN

4                                   By: _____

5                                        Evan S. Goldstein
                                         Christi A. Woods
6                                        Hesam Alagha
                                         1850 East Thunderbird
7                                        Phoenix, Arizona 85022
                                         *Attorneys for Defendant Allstate*

8

9

10

11

12

13   SUBSCRIBED AND SWORN to before me this ___ day of November, 2017,

14   by Evan S. Goldstein.

15

16                                                  Notary Public
       ROBIN M LEWIS
17     NOTARY PUBLIC, ARIZONA
       MARICOPA COUNTY
       My Commission Expires
       August 05, 2019

18

19

20

21

22

23

24

25

26   Allstate//BF/Cogdill #2/Pleadings – 3001-1329


                                   2