# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Cogdill,<br><br>             Plaintiff,<br><br>      v.<br><br>Allstate Fire and Casualty Insurance Company,<br><br>             Defendants. | Case No.: CV-17-04291-PHX-MHB<br><br>**ORDER** |

The Court, having received the parties Stipulation to Dismiss (Doc. 13), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 13),

IT IS FURTHER ORDRED dismissing this matter with prejudice, as to all parties, each party to bear their own fees and costs.

Dated this 18th day of December, 2017.

_____
Honorable Michelle H. Burns
United States Magistrate Judge